NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5031

THE DIRECTV GROUP, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in case no. 04-CV-1414, Judge Nancy B. Firestone.

ON MOTION

ORDER

Upon consideration of the appellant's motion for an extension of time, until April 19, 2010, to file its principal brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

APR 1 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alexander F. Wiles, Esq.
C. Coleman Bird, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 5 2010

JAN HORBALY
CLERK